| | | | |
|---|---|---|---|
| Mixdorf v. Mixdorf | 16–0596 | 06/07/2017 | Affirmed |
| State v. Sherman | 16–0705 | 06/07/2017 | Affirmed |
| Brooks v. State | 16–0710 | 06/07/2017 | Affirmed |
| State v. Randolph | 16–0742 | 06/07/2017 | Affirmed |
| State v. Todd | 16–0809 | 06/07/2017 | Affirmed |
| Murphy, In re Marriage of | 16–0831 | 06/07/2017 | Affirmed |
| Miller v. State | 16–0859 | 06/07/2017 | Affirmed |
| State v. Martin | 16–0904 | 06/07/2017 | Affirmed |
| State v. Kemp | 16–0946 | 06/07/2017 | Affirmed |
| Trowbridge v. State | 16–0948 | 06/07/2017 | Affirmed |
| City of Des Moines v. Ogden | 16–1080 | 06/07/2017 | Affirmed |
| State v. Pranschke | 16–1104 | 06/07/2017 | Affirmed |
| I.F., In Interest of | 16–1121 | 06/07/2017 | Affirmed |
| M.E., In re Guardianship of | 16–1178 | 06/07/2017 | Reversed and Remanded with instructions |
| Rickey v. State | 16–1212 | 06/07/2017 | Affirmed |
| State v. Richardson | 16–1235 | 06/07/2017 | Affirmed |
| Rivera v. State | 16–1253 | 06/07/2017 | Affirmed |
| Lamour, Matter of Estate of | 16–1282 | 06/07/2017 | Reversed and Remanded |
| Abben v. Iowa Department of Administrative Services, Human Resources Enterprise | 16–1285 | 06/07/2017 | Affirmed |
| State v. Trostel | 16–1305 | 06/07/2017 | Affirmed |
| Fluent, In re Marriage of | 16–1321 | 06/07/2017 | Affirmed as modified |
| State v. Goodwin | 16–1346 | 06/07/2017 | Affirmed |
| State v. Laughlin | 16–1347 | 06/07/2017 | Affirmed |
| State v. Tobeck | 16–1436 | 06/07/2017 | Affirmed |
| Hyde v. Mann | 16–1452 | 06/07/2017 | Affirmed |
| Coppoc v. Board of Regents | 16–1549 | 06/07/2017 | Affirmed |
| Brueggeman v. Osceola County | 16–1552 | 06/07/2017 | Affirmed in part, Reversed in part, and Remanded |
| El Krim, In re Marriage of | 16–1620 | 06/07/2017 | Affirmed as modified |
| Third Federal Savings & Loan Association of Cleveland v. Randy L. Beltramea, L.L.C. | 16–1651 | 06/07/2017 | Affirmed |
| State v. Lemon | 16–1807 | 06/07/2017 | Conviction Affirmed; Sentence Vacated in part and Remanded for Resentencing |
| State v. Schrader | 16–1816 | 06/07/2017 | Sentence Vacated and Case Remanded with instructions |
| Vogt v. Weitzell | 16–1903 | 06/07/2017 | Affirmed |
| M.K.R., In Interest of | 16–1936 | 06/07/2017 | Affirmed |
| A.L.G.B., In re Guardianship of | 16–1937 | 06/07/2017 | Reversed and Remanded |
| K.C., In Interest of | 16–1983 | 06/07/2017 | Affirmed |